1  David P. Matthews
   TX SBN: 13206200
2  MATTHEWS & ASSOCIATES
   2905 Sackett St.
3  Houston, TX 77098
   Tel. (713) 522-5250
4  Fax (713) 535-7184
   matthewsivc@thematthewslawfirm.com
5  dmatthews@thematthewslawfirm.com

6  Sheila M. Bossier
   MS Bar No. 10618
7  FREESE & GOSS, PLLC
   1520 N. State Street
8  Jackson, MS 39202
   Tel. (601) 352-5485
9  Fax (601) 352-5452
   sbossier@freeseandgoss.com
10

11

**IN THE UNITED STATES DISTRICT COURT**

12

**FOR THE DISTRICT OF ARIZONA**

13

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

17    Plaintiff(s) named below, for their Complaint against Defendants named below,

18  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

19  Plaintiff(s) further show the Court as follows:

20    1.   Plaintiff/Deceased Party:

21         Alexis A. Ameel

22

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

TX

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

TX

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

TX

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Southern District of Texas – Brownsville Division

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☒ Denali® Vena Cava Filter
- ☐ Other: 

11. Date of Implantation as to each product:

05/14/2015

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

|   |   |   |   |
|---|---|---|---|
| 1 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 2 | ☒ | Count IV: | Negligence - Design |
| 3 | ☒ | Count V: | Negligence - Manufacture |
| 4 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 5 | ☒ | Count VII: | Negligence – Failure to Warn |
| 6 | ☒ | Count VIII: | Negligent Misrepresentation |
| 7 | ☒ | Count IX: | Negligence *Per Se* |
| 8 | ☒ | Count X: | Breach of Express Warranty |
| 9 | ☒ | Count XI: | Breach of Implied Warranty |
| 10 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 11 | ☒ | Count XIII: | Fraudulent Concealment |
| 12 | ☒ | Count XIV: | Violations of Applicable  TX  (insert state) |

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

       ☒     Yes

       ☐     No

RESPECTFULLY SUBMITTED this 17th day of August, 2016.

                                     **MATTHEWS & ASSOCIATES**

                                     By: */s/ David P. Matthews*
                                               David P. Matthews
                                               2905 Sackett St.
                                               Houston, TX 77098

                                     **FREESE & GOSS, PLLC**
                                               Sheila M. Bossier
                                               1520 N. State Street
                                               Jackson, MS 39202

                                     *Attorneys for Plaintiff*

      I hereby certify that on this 17th day of August, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                     */s/ David P. Matthews*
                                                     David P. Matthews