United States District Court
Southern District of Texas
**ENTERED**
May 02, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEXIS A AMEEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. 1:21-CV-00027 |
| | § | |
| C R BARD INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Joint Stipulation of Dismissal without Prejudice" (Dkt. No. 11). Accordingly, the parties' claims are **DISMISSED WITHOUT PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court.

The District Clerk's Office is **ORDERED** to close this case.

Signed on May 2, 2022.

Rolando Olvera
United States District Judge